754 A.2d 554

IN THE MATTER OF ROVNER, ALLEN, SEIKEN
AND ROVNER, A LAW FIRM.

July 19, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that the law firm of **ROVNER, ALLEN, SEIKEN & ROVNER** of **CHERRY HILL**, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 5.1(b) (failure to supervise attorneys), and good cause appearing;

It is ORDERED that the law firm of **ROVNER, ALLEN, SEIKEN & ROVNER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as maintained within this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.